**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No:1:26-cv-02501

C.B., a minor, by and through his parent, Jon Borah
         Plaintiff(s)
v.

El Paso School District 49, Mountain View Academy, Rhonda May,
in her individual capacity, Tammie Chasteen, in her individual
capacity, and Nathan Pearsall, in his individual capacity.
         Defendants.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I, Kaity Tuohy hereby certify that I are a member in good standing of the bar of

this court, and I appear in this case as counsel for Plaintiffs.

DATED: June  8, 2026

/s/ *Kaity Tuohy*
Kaity Tuohy #60943
Kishinevsky and Raykin
2851 South Parker Road, Suite 150
Aurora, Colorado 80014
Phone Number:  (720) 748-8888
FAX Number:  (720) 748-8894
E-mail:Kaity@coloradolawteam.com,

**CERTIFICATE OF SERVICE**

1

2

I hereby certify that on June 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Kaity Tuohy*
Kaity Tuohy