**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02501-MDB


C.B., a minor, by and through his parent, Jon Borah
    Plaintiff,

v.

EL PASO SCHOOL DISTRICT 49,
MOUNTAIN VIEW ACADEMY,
RHONDA MAY, in her individual capacity,
TAMMIE CHASTEEN, in her individual capacity, and
NATHAN PEARSALL, in his individual capacity.
    Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

      Scott A. Neckers, of Overturf McGath & Hull, P.C., hereby enters his appearance as counsel of record on behalf of Defendants El Paso School District 49 and Rhonda May.


DATED this 23rd day of July 2026.

          Respectfully submitted,

          **OVERTURF McGATH
          & HULL, P.C.**

      By  *s/Scott A. Neckers*
          Scott A. Neckers
          Sarah A. Thomas
          Overturf McGath & Hull, P.C.
          625 East Sixteenth Avenue, Suite 100
          Denver, Colorado 80203
          Tel: (303)860-2848
          Fax: (303) 860-2869
          san@omhlaw.com
          sat@omhlaw.com

2

*Attorney for Defendants El Paso School District 49 and Rhonda May*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2026, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system with service as follows:

Igor Raykin
Kaity Tuohy
Kishinevsky & Raykin, LLC
2581 S. Parker Rd., Ste. 150
P: (720) 863-4265
igor@coloradolawteam.com
kaity@coloradolawteam.com
*Attorneys for Plaintiff*

*s/Jessica Pringle*