**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02501-MDB

C.B., a minor, by and through his parent, Jon Borah
      Plaintiff,

v.

EL PASO SCHOOL DISTRICT 49,
MOUNTAIN VIEW ACADEMY,
RHONDA MAY, in her individual capacity,
TAMMIE CHASTEEN, in her individual capacity, and
NATHAN PEARSALL, in his individual capacity.
      Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

Sarah A. Thomas, of Overturf McGath & Hull, P.C., hereby enters her appearance as counsel of record on behalf of Defendants El Paso School District 49 and Rhonda May.

DATED this 23rd  day of July 2026.

                        Respectfully submitted,

                        **OVERTURF McGATH
                        & HULL, P.C.**

By  *s/Sarah A. Thomas*
      Scott A. Neckers
      Sarah A. Thomas
      Overturf McGath & Hull, P.C.
      625 East Sixteenth Avenue, Suite 100
      Denver, Colorado 80203
      Tel: (303)860-2848
      Fax: (303) 860-2869
      san@omhlaw.com
      sat@omhlaw.com

2

*Attorney for Defendants El Paso School District 49 and Rhonda May*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2026, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system with service as follows:

Igor Raykin
Kaity Tuohy
Kishinevsky & Raykin, LLC
2581 S. Parker Rd., Ste. 150
P: (720) 863-4265
igor@coloradolawteam.com
kaity@coloradolawteam.com
*Attorneys for Plaintiff*

*s/Jessica Pringle*