**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02501-NYW

C.B., a minor, by and through his parent, Jon Borah
     Plaintiff,

v.

El Paso School District 49, Mountain View Academy, Rhonda May,
in her individual capacity, Tammie Chasteen, in her individual
capacity, and Nathan Pearsall, in his individual capacity,
     Defendants.

---

**NOTICE OF COMPLIANCE**

---

COMES NOW, Plaintiff, C.B., a minor, by and through his parent, Jon Borah, by and through counsel Kishinevsky & Raykin, Attorneys at Law, hereby submits the following Notice of Compliance with ECF 16, and states as follows:

1. Undersigned counsel for Plaintiff certifies that he informed counsel for Defendants Mountain View Academy, Tammie Chasteen, and Nathan Pearsall of the Telephonic Status Conference set forth in ECF 16 via email on July 29, 2026.  Counsel for Defendants Mountain View Academy, Tammie Chasteen, and Nathan Pearsall confirmed receipt on July 29, 2026.

DATED: July 30, 2026

Respectfully submitted by:

*s/ Michael Nolt*
Igor Raykin
Kaity Tuohy

Michael Nolt
Kishinevsky & Raykin, LLC
2851 South Parker Road, Suite 150
Aurora, CO 80014
Tel: 720-863-4256
Fax: 720-748-8894
igor@coloradolawteam.com
kaity@coloradolawteam.com
michael@coloradolawteam.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, I electronically filed the foregoing **NOTICE OF COMPLIANCE** with the Clerk of Court using the CM/ECF system.

*s/ Krystle Jennings*
Krystle Jennings