**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-02501-NYW-MDB**

**C.B., a minor, by and through his parent, JON BORAH,**
    Plaintiff,

v.

**EL PASO SCHOOL DISTRICT 49;**
**MOUNTAIN VIEW ACADEMY;**
**RHONDA MAY, in her individual capacity;**
**TAMMIE CHASTEEN, in her individual capacity; and**
**NATHAN PEARSALL, in his individual capacity,**
    Defendants.

---

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendants Mountain View Academy, Tammie Chasteen, and Nathan Pearsall in the above-captioned matter.

**Attorney Information:**

Name: Benjamin Hase

Bar Number: 40867 (Colo.) / 1869800 (USDC Colo.)

Firm: National Management Legal Counsel PLLC

Address: 1500 Grant St., Suite 5473

City, State, ZIP: Denver, Colorado 80203

Telephone: 720.279.4167

Email: bhase@nationallegalcounsel.com

I hereby certify that I am admitted to practice before this Court and am in good standing.

Dated: July 29, 2026.

Respectfully submitted,

/s/ Benjamin Hase

Benjamin Hase (#40867) (#1869800)

National Management Legal Counsel PLLC

1500 Grant St., Suite 5473

Denver, CO 80203

Tel.: 720.279.4167

bhase@nationallegalcounsel.com

*Attorney for Defendants Mountain View Academy,*
*Tammie Chasteen, and Nathan Pearsall*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Igor Raykin, Esq.

Kaity Tuohy, Esq.

Kishinevsky & Raykin, LLC

2851 S. Parker Rd., Suite 150

Aurora, CO 80014

igor@coloradolawteam.com

kaity@coloradolawteam.com

*Attorneys for Plaintiff*

and on counsel for Defendants El Paso School District 49 and Rhonda May via the CM/ECF system.

<u>/s/ Benjamin Hase</u>

Benjamin Hase, Partner