IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

---

Civil Action: 26-cv-02501-NYW              Date: July 31, 2026
Courtroom Deputy: Emily Buchanan           Court Reporter: Darlene Martinez

---

| *Parties* | *Counsel* |
|---|---|
| C.B., a minor, by and through his parent, JON BORAH, | Igor Raykin |
| Plaintiff, | |
| v. | |
| EL PASO SCHOOL DISTRICT 49, MOUNTAIN VIEW ACADEMY, RHONDA MAY, in her individual capacity, TAMMIE CHASTEEN, in her individual capacity, and NATHAN PEARSALL, in his individual capacity, | Scott Neckers Benjamin Hase |
| Defendants. | |

---

### COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**

**9:03 a.m.        Court in session.**

Appearances of counsel.  Defendant Rhonda May is also present.

Parties discuss the relief sought in Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction [Doc. 13].

Mr. Raykin advises the Court that a due process hearing is scheduled from August 17-21, 2026 before the Office of Administrative Courts, but Plaintiff will not receive a decision until September 25, 2026.

Parties discuss the unsuccessful resolution meeting that occurred between the Parties and the attorneys and whether there is interim relief until this Court or the Office of Administrative Courts determines an outcome.

Parties discuss whether or not Plaintiff provided sufficient documentation as required to justify the particular need for a private duty nurse versus a school nurse.

Defendant Rhonda May is sworn and provides background of having a private duty nurse in the school with the minor for three previous years and the concerns on the ground.

Court will reach out to Magistrate Judge Dominguez Braswell with respect to the possibility of having the Parties attend a Court-ordered mediation before Magistrate Judge Dominguez Braswell before this Court sets this matter for an evidentiary hearing.

**ORDERED:** **Parties shall meet and confer with respect to whether an evidentiary hearing is needed, how long the evidentiary hearing is expected to last, and the proposed briefing schedule, and file a Joint Status Report no later than August 5, 2026. Defendants shall also inform the Court whether or not they are going to file a motion to stay with respect to this proceeding while the due process hearing is pending, and if they are, a proposed briefing schedule on that issue.**

Mr. Neckers informs the Court that Defendant Rhonda May anticipates filing a motion to dismiss based on failure to exhaust administrative remedies and a motion to stay.

**9:40 a.m.      Court in recess.**

Hearing concluded.
Total time in court:     0:37